# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
2024 MAY 16 PM 4:32
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CR

| | |
|---|---|
| Ahmad Lafta<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>State of Texas<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 1:24CV00527<br>*(to be filled in by the Clerk's Office)*<br><br>RP<br><br>Jury Trial: *(check one)* [✓] Yes [ ] No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Ahmad Lafta |
   | Street Address | 3507 N LAMAR BLVD #300884 |
   | City and County | Austin Travis |
   | State and Zip Code | Texas 78705 |
   | Telephone Number | 317-657-0767 |
   | E-mail Address | abuyousef66@hotmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Texas
Job or Title (if known):
Street Address: 1100 Congress Ave
City and County: Austin Travis
State and Zip Code: Texas ~~Travis~~ 78701
Telephone Number: 512-463-2000
E-mail Address (if known):

Defendant No. 2

Name: Travis county
Job or Title (if known):
Street Address: 416 west 11 Street
City and County: Austin Travis
State and Zip Code: Texas 78701
Telephone Number: 512-854-9400
E-mail Address (if known):

Defendant No. 3

Name: Heman Marion Sweatt Travis County
Job or Title (if known):
Street Address: 1000 Guadalupe Street
City and County: Austin Travis
State and Zip Code: Texas 78701
Telephone Number: 512-854-9457
E-mail Address (if known):

Defendant No. 4

Name: Roscoe Properties
Job or Title (if known):
Street Address: 4404 Eoltorf Street
City and County: Austin Travis
State and Zip Code: Texas 78741
Telephone Number: 512-912-7661
E-mail Address (if known):

Case 1:24-cv-00527-RP-SH   Document 1   Filed 05/16/24   Page 3 of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Miranda McArthur
  Job or Title (if known): Regional Manager Roscoe Properties
  Street Address: 3105 Kenner Drive
  City and County: Pflugerville   Travis
  State and Zip Code: Texas 78660
  Telephone Number: 512-988-9503
  E-mail Address (if known): miranda.mcarthur@roscoeproperties.com

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FAIR Housig Act - FHA - 42 U.S.C 3601 - 3619
Civil Rights - Act - 1866 - 42 U.S.C 1982

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Ahmad Lafta , is a citizen of the State of *(name)* Texas .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* State of Texas , is a citizen of the State of *(name)* Texas . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants willful and malicious actions warrant punitive Damages of $500,000 to deter similar future behavior. $4,000 Value of the stolen property.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

11/21/2016 the Defendant (Roscoe Properties) unlawfully took possession of my personal property without consent. The theft occurred at my home located at (4404 Foltorf St) Apt 13102C

Denial of Equal Protection and Racial Discrimination: During the handling of case in 2016 she was denied equal protection under law and subjected to Racial discrimination. I was not aware of the measures taken against me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Request for Reconsideration**

I respectfully ask the court to recosider this case from 2016 because i did not receive equal protection under the law and was unaware of the procedures applied against me. The mishandling of this case has caused me significant financial and discrimination denying me justice.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/16/2024

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: Ahmad Lafta

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address