IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AHMAD LAFTA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-527-RP |
| STATE OF TEXAS, TRAVIS COUNTY, HEMAN MARION SWEATT TRAVIS COUNTY, ROSCOE PROPERTIES, MIRANDA MCARTHUR | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Ahmad Lafta's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 4). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on June 3, 2024. (*Id.*). As of the date of this order, Plaintiff has not filed objections to the report and recommendation.[1]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely

---

[1] Plaintiff filed a motion to reopen the case on July 3, 2024, stating that he had not received the report and recommendation in the mail. (Dkt. 8). The Court granted the motion, vacated its adoption of the report and recommendation, and gave Plaintiff until August 5, 2024, to file his objections. To date, Plaintiff has not filed any subsequent objections.

1

objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because Plaintiff has not filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 4), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on August 22, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE